IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY ELIZABETH JONES,<br><br>      Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO SHERIFF'S DEPARTMENT, ET AL,<br><br>      Defendant.<br>_____/ | No. C -14-02174 EDL<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

Following the August 12, 2014 Case Management Conference, the Court orders that:

1. Plaintiff shall serve the complaint on Defendants no later than September 9, 2014, which is 120 days from the date that Plaintiff filed the complaint. See Fed. R. Civ. P. 4(m).

2. A Case Management Conference is set for October 14, 2014 at 3:00 p.m. A joint Case Management Conference statement shall be filed no later than October 7, 2014.

**IT IS SO ORDERED.**

Dated: August 12, 2014

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge